UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-CR-60273-PCH

UNITED STATES OF AMERICA

    Plaintiff

        vs.

BRANDON SNIDER,

    Defendant.

_____/

## MOTION TO AUTHORIZE CHANGE OF ADDRESS WHILE ON RELEASE

BRANDON SNIDER, the Defendant, requests the courts to authorize a change of address of Defendant while on Release.

The move to the new address would be January 16, 2026, and it would be:

    3000 NW 130th Terrace

    Apt. 424

    Sunrise, FL 33323

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2026 I electronically field the foregoing document with the Clerk of the Court using CM/ECF.

                        JAMES LEWIS, Esq.
                        Attorney for Defendant
                        500 SE 17th St., Suite 230
                        Ft. Lauderdale FL 33316
                        Phone: (954) 523- 7949

By:___/S/ James S. Lewis____
                        JAMES S. LEWIS, ESQ.,
                        Florida Bar Number 318957