UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cr-60273-PCH

UNITED STATES OF AMERICA

        **Plaintiff**

vs.

BRANDON SNIDER,

        **Defendant.**

_____/

## ORDER

**THIS MATTER** is before the Court by virtue of Defendant Brandon Snider's Motion to Authorize Change of Address While on Release (the "Motion") [**ECF No. 121**]. The Court having considered the Motion and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion [**ECF No. 121**] is **GRANTED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on January 20, 2026.

_____
Paul C. Huck, United States Senior District Court Judge

cc: all counsel of record