UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-CR-60273-PCH

UNITED STATES OF AMERICA

  Plaintiff
        vs.

BRANDON SNIDER,

  Defendant.

_____/

### DEFENDANT'S MOTION TO TRAVEL TO GEORGIA FOR STATE COURT APPEARENCE

BRANDON SNIDER, the Defendant, by and through the undersigned attorney, and moves the Court to enter an order permitting the Defendant to Travel to Court to the Superior Court of Lowndes County, Valdosta Georgia, for a mandatory calendar call appearance on January 29, 2026, and returning to Broward County the same day; and leaving Broward County, Florida again at 3:00 a.m., on February 2, 2026 to the same Superior Court of Lowndes County, Valdosta, Georgia, and returning right back to Broward County the day the trial ends, unless the Superior Court of Lowndes County desires otherwise.

As grounds the Defendant states the following:

1. The Defendant in this case has a mandatory calendar call court appearance on January 29, 2026, in his felony case pending in the Superior Court of Lowndes County, Valdosta, GA 31601.

2. The Superior Court of Lowndes County is located at the G. Robert Carter Law Enforcement Complex, 327 N. Ahsley St., Valdosta, GA 31601.

3. The Defendant is seeking permission to Travel to Georgia for the said mandatory Calendar Call court appearance, leaving Broward County, Florida at 3:00 a.m., on January 29, 2026, and returning right back to Broward County, Florida the same day, after court.

4. The Defendant in this case also has a mandatory court appearance for Trial on February 2, 2026, in the same Superior Court of Lowndes County, Valdosta, GA.

5. The Defendant is seeking permission to Travel to Georgia State again for his said trial mandatory court appearance on February 2, 2026, leaving Broward County, Florida at 3:00 a.m., on February 2, 2026, and returning right back to Broward County, Florida the day the trial ends.

**WHEREFORE**, the Defendant hopes the Honorable Court grants this Motion to Travel to Court and/ or as the Court may deem fit

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

JAMES LEWIS, Esq.
Attorney for Defendant
500 SE 17th St., Suite 230
Ft. Lauderdale FL 33316
Phone: (954) 523- 7949
By: __/S/ *James S. Lewis*____
JAMES S. LEWIS, ESQ.,
Florida Bar Number 318957