UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:25-cr-60273-PCH

**UNITED STATES OF AMERICA,**

vs.

**BRANDON SNIDER,**

       Defendant.
_____/

## ORDER OF REFERENCE

**THIS CAUSE** is before the Court upon Defendant Brandon Snider's Motion for Travel to Georgia for State Court Appearance (the "Motion") [ECF No. 126]. Because United States Magistrate Judge Alicia O. Valle presided over Defendant's Initial Appearance and set Defendant's bond conditions, the Motion is hereby **REFERRED** to Magistrate Judge Alicia O. Valle to take all necessary and proper action as required by law, pursuant to 28 U.S.C. § 636(b)(1) and the Magistrate Rules for the Southern District of Florida.

**DONE AND ORDERED**, in Miami, Florida on January 22, 2026.

                                          **PAUL C. HUCK**
                                          **UNITED STATES DISTRICT JUDGE**

**Copies provided to:**
Magistrate Judge Alica O. Valle
Counsel of Record