UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60273-PCH

**UNITED STATES OF AMERICA**

vs.

**BRANDON JEROME SNIDER,**

    Defendant.

    _____/

**GOVERNMENT'S NOTICE OF NON-OBJECTION TO
DEFENDANT'S MOTION TO TRAVEL TO GEORGIA FOR STATE COURT (DE 126)**

    The United States of America, by and through its undersigned counsel, hereby notifies the Court that the government has no objection to "Defendant's Motion to Travel to Georgia for State Court Appearance," filed by Defendant Brandon Jerome Snider through his counsel of record on January 21, 2026 (DE 126) (the "Motion").

    The government further advises the Court that undersigned counsel has conferred with U.S. Probation Officer Gifford Louden, who is presently supervising Defendant, and Probation has no objection to the Motion.

                                               Respectfully submitted,

                                               JASON A. REDING QUIÑONES
                                               UNITED STATES ATTORNEY

            By:    /s/ David A. Snider
                     David A. Snider
                     Assistant United States Attorney
                     Court ID No. A5502260
                     99 N.E. 4th Street | Miami, FL 33132
                     Tel: 305-961-9446
                     Email: david.snider@usdoj.gov