UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:25-cr-60273-PCH

UNITED STATES OF AMERICA,

v.

BRANDON JEROME SNIDER,

Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

THIS MATTER is before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea [ECF No. 172], which was entered on March 20, 2026.  In the R&R, Magistrate Judge Louis found that the Defendant freely and voluntarily entered a plea of guilty as to Count One of the Indictment, charging him with conspiracy to commit bank fraud and wire fraud, in violation of 18 U.S.C. section 1349, and Count Twenty-Three of the Indictment, charging him with aggravated identity theft in violation of 18 U.S.C. section 1028A(a)(1).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Counts One and Twenty-Three of the Indictment, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, no objections have been filed, and the time to file objections has expired.  Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED AND ADJUDGED that (1) Magistrate Judge Louis's R&R on Change of Plea is ADOPTED and AFFIRMED in its entirety; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Counts One and Twenty-Three of the Indictment; and (3) a sentencing hearing is set for **Friday, June 12, 2026, at 9:30 AM** before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

      **DONE AND ORDERED** in Miami, Florida on March 24, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record