**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 25-CR-60273-PCH**

UNITED STATES OF AMERICA

    Plaintiff
        vs.

BRANDON SNIDER,

    Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION TO ATTEND HIS WIFE'S BABY SHOWER WHILE ON SUPERVISED RELEASE

BRANDON SNIDER, the Defendant, by and through the undersigned attorney, files this is Motion to Attend his Wife's Baby Shower while on Supervised Release.

As grounds the Defendant states the following:

1. The Defendant is on Supervised Release with electronic monitoring.

2. The Defendant has pled guilty and is awaiting sentencing now scheduled for June 12, 2026.

3. The Defendant's Wife's is having his child, and the baby shower is scheduled for June 7, 2026, from 12 until 9 PM at World Event Space, 7148 North University Dr., Tamarac, FL 33371.

4. Probation Supervisor Officer Fumero Indicated to the Defendant; he needs the court's permission to attend the baby shower.

5. AUSA David Snider was contacted and indicated that the Government does not oppose this request.

**WHEREFORE**, the Defendant hopes the Honorable Court grants this Motion to Attend his Wife's baby shower.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        JAMES LEWIS, Esq.
        Attorney for Defendant
        500 SE 17th St., Suite 230
        Ft. Lauderdale FL 33316
        Phone: (954) 523- 7949
By:   */S/ James S. Lewis*
        JAMES S. LEWIS, ESQ.,
        Florida Bar Number 318957