## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 25-CR-60273-PCH

UNITED STATES OF AMERICA

    Plaintiff

       vs.

BRANDON SNIDER,

    Defendant.

_____/

### DEFENDANT'S MOTION  FOR DOWNWARD VARIANCE AND REQUEST FOR DELAYED SURRENDER TO FEDERAL PRISON

    BRANDON SNIDER, the Defendant, by and through the undersigned counsel, files this his Motion for Downward Variance and requests for delayed surrender to Federal Prison.

    As grounds the Defendant states the following:

1. The Defendant is scheduled to Plea and be sentenced on State Charges in Broward County on June 15, 2026.  That sentence is expected to be a concurrent sentence with the federal sentence to be passed on June 12, 2026, and any state prison time to be spent in Federal Custody.

2. The Defendant, Brandon Snider, and his wife Jaquana Taylor have both written letters to the Court explaining their family situation in support of a request for Downward Variance.

3. The amount of loss calculated is greater than 1.5 million, though stipulated in the Plea Agreement, is far less than amount of money actually received by this Defendant in this scheme.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

JAMES LEWIS, Esq.
Attorney for Defendant
500 SE 17th St., Suite 230
Ft. Lauderdale FL 33316
Phone: (954) 523- 7949
Email: jimlewisforflorida@yshoo.com
By:___/S/ James S. Lewis____
JAMES S. LEWIS, ESQ.,
Florida Bar Number 318957