**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cr-60273-PCH**

**UNITED STATES OF AMERICA**

**Plaintiff**

vs.

**BRANDON SNIDER,**

**Defendant.**

_____/

**ORDER**

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Authorize Defendant While on Pre-Trial Release to Accompany Pregnant Wife to Medical Appointments, Emergency Room Visits, and Birth of Twin Children (the "Motion") [**ECF No. 253**]. The Court having carefully considered the Motion, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 2, 2026.

_____

Paul C. Huck, United States Senior District Court Judge

cc: all counsel of record